AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2990

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Coke Morgan Stewart, Acting Director, PTO
was received by me on *(date)* 09/04/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was effected on the defendant by certified mail with service received Sept. 15, 2025 (see attached)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2025                         /s/ Allison Giles
                                          *Server's signature*

                                         Allison Giles, Asst. Counsel, NTEU
                                         *Printed name and title*

                                         National Treasury Emp. Union
                                         800 K Street, N.W., Suite 1000
                                         Washington, D.C. 20001
                                         *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701619620488

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 7:41 am on September 15, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, PO Box**

ALEXANDRIA, VA 22314
September 15, 2025, 7:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

